WYNESTER Y. SHERRER, as Personal Representative of the Estate of OTIS D. SHERRER, SR., deceased,

     Appellant,

v.

ANDREW Y. RIETA, MAULDIN INTERNATIONAL, TRUCKS, INC. and TAP WORLDWIDE, LLC,

     Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0629

Opinion filed July 27, 2017.

An appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

Lorenzo Williams and Natasha N. Harrison of Gary, Williams, Parenti, Watson & Gary, PLLC, Stuart, for Appellant.

Kathryn L. Ender and Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for Appellees.


PER CURIAM.

     AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.